| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Whitney, Frank D | 2. Court or Organization<br><br>USDC-WDNC | 3. Date of Report<br><br>2/17/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. ReportType (check appropriate type)<br><br>◉ Nomination,    Date    2/14/2006<br><br>○ Initial    ○ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>2/17/2006 |
| 7. Chambers or Office Address<br><br>United States Attorney's Off<br><br>310 New Bern Ave, Suite 800<br><br>Raleigh, NC 27601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lieutenant Colonel | US Army Reserve |
| 2. | Member | Whitney Properties, LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Kilpatrick Stockton, LLP, 401(k) retirement program -- no control |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed, kitchen designer, net earnings |
| 2. | 2006 | Self-employed, kitchen designer, net earnings |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Loan on Rental Property # 1, Davidson, North Carolina (Part VII, Line 1) | L |
| 2. | Bank of America | Loan on Rental Proprety # 1, Charlotte, North Carolina (Part VII, Line 2) | M |
| 3. | Judy Ghoneim (relative) | Loan on Rental Property # 1, Charlotte, North Carolina (Part VII, Line 2) | K |
| 4. | Bank of America | Loan on Rental Property # 1, Sunset Beach, North Carolina (Part VII, Line 4) | N |
| 5. | Heirs of Joe B. Spivey and Leola F. Spivey | Loan on Rental Property # 2 & # 3, Sunset Beach, North Carolina (Part VII, Lines 5 & 6) | L |
| 6. | Bank of America | Loan on Rental Property # 2, Charlotte, North Carolina (Part VII, Line 7) | K |
| 7. | Bank of America | Loan on Rental Property # 3, Charlotte, North Carolina (Part VII, Line 8) | K |
| 8. | Bank of America | Loan on Rental Property # 4, Charlotte, North Carolina (Part VII, Line 9) | K |
| 9. | Bank of America | Loan on Rental Property # 2, Davidson, North Carolina (Part VII, Line 10) | L |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1, Davidson, North Carolina | D | Rent | M | W | Exempt | | | | |
| 2. Rental Property #1, Charlotte, North Carolina | D | Rent | N | W | | | | | |
| 3. Whitney Properties, LLC | C | Distribution | O | W | | | | | |
| 4. Rental Property #1, Sunset Beach, North Carolina | E | Rent | O | W | | | | | |
| 5. Rental Property #2, Sunset Beach, North Carolina | E | Rent | O | W | | | | | |
| 6. Rental Property #3, Sunset Beach, North Carolina | E | Rent | O | W | | | | | |
| 7. Rental Property #2, Charlotte, North Carolina | D | Rent | N | W | | | | | |
| 8. Rental Property #3, Charlotte, North Carolina | D | Rent | L | W | | | | | |
| 9. Bank of America business banking accounts (Whit Prop) | B | Interest | K | T | | | | | |
| 10. Carolina Panthers Permanent Seat License | A | None | J | W | | | | | |
| 11. Co-author book, Lexis-Nexis, Newark, NJ (no inc since 2002) | A | Royalty | J | W | | | | | |
| 12. Banc of America Investment Security Money Manager Acc | A | Interest | J | T | | | | | |
| 13. Bank of America individual savings and checking accounts | A | Interest | J | T | | | | | |
| 14. Scottish Bank Common Stock, Charlotte, NC | A | Dividend | J | T | | | | | |
| 15. Belk Corp Common Stock, Charlotte, NC | A | Dividend | J | T | | | | | |
| 16. General Electric Common Stock | A | Dividend | | | | | | | |
| 17. Merck & Co., Inc. Common Stock | A | Dividend | | | | | | | |
| 18. Banc of America Investment Sec Vanguard Index Trust S&P 500 | D | Dividend | M | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D | 2/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Microsoft Common Stock | A | Dividend | | | Exempt | | | | |
| 20. Duke Energy Common Stock | A | Dividend | | | | | | | |
| 21. Proctor & Gamble Co Common Stock | A | Dividend | | | | | | | |
| 22. Reliant Energy Common Stock | A | Dividend | | | | | | | |
| 23. Pepsico Inc Common Stock | A | Dividend | | | | | | | |
| 24. BB&T Equity Index Fund | B | Dividend | K | T | | | | | |
| 25. Fidelity Advance Growth & Income | A | Dividend | | | | | | | |
| 26. Scudder Dremen High Return Equity Fund | A | Dividend | | | | | | | |
| 27. Bank of America Common Stock | A | Dividend | | | | | | | |
| 28. General Electric Common Stock | A | Dividend | | | | | | | |
| 29. Microsoft Corp Common Stock | A | Dividend | | | | | | | |
| 30. Merck & Co, Inc. Common Stock | A | Dividend | | | | | | | |
| 31. Fidelity Dividend Growth | B | Dividend | K | T | | | | | |
| 32. Standard & Poors DEP RCPTS (SPY) | D | Dividend | | | | | | | |
| 33. US Payroll Savings Bonds | B | None | J | T | | | | | |
| 34. Promissory Note Receivable from Paul A. Citron | A | None | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

III. Filer's non-investment income is for current employment by the United States government.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date_____ 2/17/2006 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 14 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 1 | 200 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 86 | 145 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 9 | 811 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | 3 | 500 | Real estate mortgages payable-add schedule | | 690 | 712 |
| Real estate owned-add schedule | 1 | 904 | 535 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 42 | 500 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Deferred compensation / Retirement accounts (see attached schedule) | | 352 | 869 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 690 | 712 |
| | | | | Net Worth | 1 | 723 | 848 |
| Total Assets | 2 | 414 | 560 | Total liabilities and net worth | 2 | 414 | 560 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 548 | 858 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |